USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/6/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE OPERATIVE PLASTERS'
AND CEMENT MASONS' INTERNATIONAL
ASSOCIATION, LOCAL 262 WELFARE FUND,

        Plaintiffs,

- against -

EMERALD DRYWALL FINISHING CORP.,

        Defendant.

14 Civ. 4631(JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    A Report and Recommendation was entered by Magistrate Judge James L. Cott, on July 31, 2015, recommending that this Court award the plaintiffs "(1) $44,347.29 in unpaid fringe benefit contributions; (2)$804.31 in interest; (3) $8,869.46 in liquidated damages; (4)$4,273.73 in unpaid union dues; (5)$2,100.00 in attorney's fees; (6)$540.00 in court costs; and (7)$3,500 in accountant fees for a total of $64,434.79."

    The Magistrate Judge also advised the parties that they had "fourteen (14) days from the service of this Report to file written objections." The magistrate judge further advised that "failure to file objections within fourteen (14) days will result in waiver of objections, and will preclude further appellate review."

No objections have been filed and the time for objections has passed. Moreover, the Report and Recommendation are well founded. The Court therefore adopts the Report and Recommendation. The Clerk is directed to enter judgment accordingly and to close this case.

**SO ORDERED.**

**Dated:    New York, New York
           October 6, 2015**

_____
John G. Koeltl
United States District Judge